OPINION — AG — **** ADMINISTRATION OF ESTRAY LAWS **** THERE IS NO SPECIFIC AUTHORIZATION FOR THE DELEGATION OR ASSIGNMENT OF AUTHORITY IN 4 O.S. 1971 85.1 [4-85.1], ET SEQ., TO ADMINISTER THE ESTRAY LAW FOR THE STATE OF OKLAHOMA. HOWEVER, 2 O.S. 1971 2-4 [2-2-4](D) CONTEMPLATES THE APPOINTMENT OF AUTHORIZED AGENTS RATHER THAN THE DELEGATION OF AUTHORITY TO AID IN THE ADMINISTRATION OF THE DEPARTMENT OF AGRICULTURE PROJECTS. CITE: 4 O.S. 1971 85.1 [4-85.1] (MICHAEL TINNEY)